**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:26-cr-00386-02** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **BRENDY MONTOYA-AGUIRRE** | : | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

Before the court is a Report and Recommendation [doc. 91] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the record and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count One of the Bill of Information.

Sentencing is set for February 18, 2027, at 10:00 a.m., before the undersigned in Lake Charles, Louisiana. Defendant's presentencing memorandum is due 14 days before the sentencing hearing, and any response by the government is due 7 days thereafter.

**THUS DONE AND SIGNED** in Chambers on the 20th day of November, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**